UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Daniel Armas                                                 Case No.: 24-13113-CLC
                                                                       Chapter 13

                    Debtor(s)                    /

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☒ No further action is necessary.

2) The following actions have been taken:

   ☐ The debtor has filed an objection to the proof of claim filed by _____.

   ☐ The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

   ☐ Other: _____
   _____
   _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on August 22, 2024.

Respectfully Submitted:
*/s/ Jose A. Blanco* | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:    (305) 349-3463
Fax:    (786) 567-5057
E-Mail: jose@blancopa.com