UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Daniel Armas                                                       Case No.: 24-13113-CLC
                                                                            Chapter 13

                    Debtor(s)                    /

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant / Creditor | Amount of Claim |
|---|---|---|
| 2 | Preferred Credit Inc | $5,396.66 |

Basis for Objection and Recommended Disposition

On or about April 18, 2024, Creditor filed a proof of claim in the above-mentioned amount and a secured portion of $5,113.40 for a Rainsoft Water Treatment System account ending in 2228. The Debtor no longer has the collateral since the home where the System is installed is no longer the Debtors. Debtor seeks to reclassify the entire claim to be wholly unsecured.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Respectfully submitted:          **Jose A. Blanco, P.A.**
September 3, 2024                By: */s/ Jose A. Blanco* | FBN: 062449
                                 Attorney for Debtor(s)
                                 102 E 49th ST
                                 Hialeah, FL 33013,
                                 Tel. (305) 349-3463
                                 E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)